8617. DRISKAL *v.* MUTUAL BENEFIT LIFE INSURANCE COMPANY.

BLOODWORTH, J. A majority of the court is of the opinion that the record in this case and the opinion of the Supreme Court when the original case between these parties was before it (144 *Ga.* 534) show that the original petition filed by the plaintiff was dismissed on special demurrer; and therefore that the merits of the case have never been passed upon, and the court below, trying the case without the intervention of a jury, erred in sustaining the plea of res adjudicata and dismissing the petition. *Papworth* v. *Fitzgerald,* 111 *Ga.* 54 (36 S. E. 311). The writer is in doubt, but concurs.

*Judgment reversed. Broyles, P. J., and Harwell, J., concur.*
DECIDED FEBRUARY 19, 1918.

Action upon life-insurance policy; from Baldwin superior court —Judge Park. February 17, 1917.

*Sibley & Sibley,* for plaintiff.

*Brewster, Howell & Heyman,* for defendant.

---

8570. LEONARD *v.* COHUTTA BANKING COMPANY.

BLOODWORTH, J. The court did not err in its rulings on the pleadings, nor in directing a verdict for the plaintiff.

*Judgment affirmed. Broyles, P. J., concurs. Harwell, J., disqualified.*
DECIDED FEBRUARY 19, 1918.

Complaint; from Murray superior court—Judge Wright presiding. February 20, 1917.

*Paul F. Akin, Maddox, McCamy & Shumate,* for plaintiff in error.

*C. N. King, R. N. Steed, H. H. Anderson, W. C. Martin, W. E. Mann, Little, Powell, Smith & Goldstein,* contra.